1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  PHILIP A. GUENTERT (CABN 147374)
   Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
       Telephone: (408) 535-5079
7      FAX: (408) 535-5066
       hilip.guentert@usdoj.gov
8
   Attorneys for United States of America
9

*SEALED BY ORDER OF COURT*

*E-filing*

*FILED OCT 27 2014 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE CALIFORNIA*

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                     SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,            ) No. 14 71358 MAG
14                                       )
         Plaintiff,                      ) GOVERNMENT'S MOTION TO SEAL
15                                       ) COMPLAINT, AFFIDAVIT, AND ARREST
         v.                              ) WARRANTS AND [PROPOSED] ORDER
16                                       )
    SUNITHA GUNTIPALLY,                  ) UNDER SEAL
17  VENKAT GUNTIPALLY,                   )
    PRATAP "BOB" KONDAMOORI, and         )
18  SANDHYA RAMIREDDI,                   )
                                         )
19       Defendants.                     )
                                         )
20

21      The United States hereby moves this Court to seal the complaint, affidavit, and arrest warrants in

22  the referenced matter for the reasons set forth in paragraph 88 of the affidavit in support of the

23  complaint. The United States requests that the above-described materials be sealed to preserve the

24  confidentiality of the ongoing investigation and arrest. Accordingly, the United States respectfully

25
26
27
28

requests that the Court grant the attached sealing order.

DATED: October 22, 2013					Respectfully submitted,

MELINDA HAAG
United States Attorney


_____/s/_____
PHILIP A. GUENTERT
Assistant United States Attorney


**[PROPOSED] ORDER**

Good cause appearing therefore, it is hereby ordered that the complaint, affidavit, and arrest warrants, and all related papers in the above matter, be filed and maintained under seal until further order of the Court.

DATED: October 27, 2014

_____
HONORABLE HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE