STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RAMIREDDI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-MJ-71358 MAG (HRL) |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CJA CONTRIBUTIONS DUE |
| vs. | |
| SANDHYA RAMIREDDI, | |
| Defendant. | |

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon application of defendant Sandhya Ramireddi, by and through counsel, IT IS HEREBY ORDERED, that Ms. Ramireddi's obligation to reimburse the cost of her representation under the Criminal Justice Act, 18 U.S.C. § 3006A, IS HEREBY MODIFIED as follows:

The defendant is liable for a contribution of $100 per month, until the case is concluded or until further order of the Court, commencing on November 15, 2014, and on the 15th of each month thereafter. Payments shall be mailed to Clerk, U.S. District Court, 280 South First Street, Room 2112, San Jose, CA 95113-3095.

[Proposed] Order
No. 14-MJ-71358 MAG (HRL)                 1

IT IS FURTHER ORDERED that the defendant shall *not* be required to make a one-time contribution of $10,000, as previously ORDERED.

IT IS SO ORDERED.

DATE:

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge