```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611015169
Cashier ID: escolac
Transaction Date: 11/04/2014
Payer Name: SUNITHA GUNTIPALLY
------------------------------------
TREASURY REGISTRY
 For: VENKAT GUNTIPALLY
 Case/Party: D-CAN-5-14-MJ-071358-002
 Amount:         $100,000.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1112521659
 Amt Tendered:   $100,000.00
------------------------------------
Total Due:       $100,000.00
Total Tendered:  $100,000.00
Change Amt:      $0.00

MAG


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```