AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America<br>v.<br>Sandhya Ramireddi<br>*Defendant* | )<br>)<br>)  Case No.  14-MJ-71358 MAG (HRL)<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11/6/2014

*Defendant's signature*

*Signature of defendant's attorney*

Varell L. Fuller, CSBN 202680
*Printed name and bar number of defendant's attorney*

160 West Santa Clara, Suite 575
San Jose, Ca 95113

*Address of defendant's attorney*

varell_fuller@fd.org
*E-mail address of defendant's attorney*

408-291-7753
*Telephone number of defendant's attorney*

408-291-7399
*FAX number of defendant's attorney*

Filed
NOV 06 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE