```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611015175
Cashier ID: waltonb
Transaction Date: 11/06/2014
Payer Name: Sandhya Ramireddi
----------------------------------------
TREASURY REGISTRY
 For: Sandhya Ramireddi
 Case/Party: D-CAN-5-14-MJ-071358-004
 Amount:         $15,000.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 3164398
 Amt Tendered:  $15,000.00
----------------------------------------
Total Due:      $15,000.00
Total Tendered: $15,000.00
Change Amt:     $0.00

Amended Bond Docket 15 for Ssecured
Bond of $15,000.00

MAG

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```