```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611015177
Cashier ID: waltonb
Transaction Date: 11/07/2014
Payer Name: Sunitha Guntipally
------------------------------------
TREASURY REGISTRY
 For: Sunitha Guntipally
 Case/Party: D-CAN-5-14-MJ-071350-001
 Amount:         $100,000.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1112521697
 Amt Tendered:   $100,000.00
------------------------------------
Total Due:      $100,000.00
Total Tendered: $100,000.00
Change Amt:     $0.00

Payment of $100,00.00  cash
security
NRL  MAG

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```