DOCUMENTS UNDER SEAL                                              TOTAL TIME (mins):

| MAGISTRATE JUDGE<br>MINUTE ORDER | DEPUTY CLERK | REPORTER/FTR | |
|---|---|---|---|
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.   RET.<br>APPT. |
|---|---|---|---|---|---|
| U.S. ATTORNEY | | INTERPRETER | | FIN. AFFT<br>SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | | PARTIAL PAYMENT<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS<br>TRIAL SET |
|---|---|---|---|---|
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | IA REV PROB. or<br>or S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT<br>HEARING |

### INITIAL APPEARANCE

| ADVISED<br>OF RIGHTS | ADVISED<br>OF CHARGES | NAME AS CHARGED<br>IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ARRAIGNED ON<br>INFORMATION | ARRAIGNED ON<br>INDICTMENT | READING WAIVED<br>SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| RELEASED<br>ON O/R | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>CASH    $ | | CORPORATE SECURITY | REAL PROPERTY: | |
| MOTION<br>FOR<br>DETENTION | PRETRIAL<br>SERVICES<br>REPORT | DETAINED | RELEASED | DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| CONSENT<br>ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE<br>REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO: | ATTY APPT<br>HEARING | BOND<br>HEARING | STATUS RE:<br>CONSENT | TRIAL SET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN.<br>AFFIDAVIT | PRELIMINARY<br>HEARING<br>_____ | CHANGE OF<br>PLEA | STATUS |
| BEFORE HON. | DETENTION<br>HEARING | ARRAIGNMENT | MOTIONS | JUDGMENT &<br>SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | IDENTITY /<br>REMOVAL<br>HEARING | PRETRIAL<br>CONFERENCE | PROB/SUP REV.<br>HEARING |

### ADDITIONAL PROCEEDINGS

DOCUMENT NUMBER: