AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 14-MJ-71358 |
| PRATAP "BOB" KONDAMOORI ) | |
| *Defendant* ) | |

*Filed NOV 13 2014, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE*

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11-13-14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

GARRICK S. LEW
*Printed name and bar number of defendant's attorney*

1000 BRANNAN STREET, SUITE 488, SF, CA 94103
*Address of defendant's attorney*

gsl@defendergroup.com
*E-mail address of defendant's attorney*

415-575-3588
*Telephone number of defendant's attorney*

415-522-1506
*FAX number of defendant's attorney*