# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
Magistrate Judge Paul S. Grewal
Courtroom 5 - 4th Floor

## Criminal Minute Order

Date: November 19, 2014                                      Time in Court: 7 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (1:10 to 1:17)

**CASE NUMBER**: **14-mj-71358 MAG**
**TITLE: USA v. Sunitha Guntipally (P)(NC) AND Venkat Guntipally (P)(NC)**
**Government Attorney(s) present:** Philip Guentert
**Defendant Attorney(s) present:** Paul Meltzer (retained) for Sunitha Guntipally AND Peter Leeming (retained) for Venkat Guntipally
**Pretrial Services Officer(s) present:** LaDreena Walton
**Interpreter Present:** Not Requested

### PROCEEDINGS:
### Attorney Appointment (1)
### Status Conference (6)

Defendants are present & out of custody.
Attorney Paul Meltzer makes general appearance for Sunitha Guntipally.
Attorney Peter Leeming makes general appearance for Venkat Guntipally.
Waivers of Preliminary Hearing are executed & accepted in open court.
Status/Possible Arraignment set for 1/8/2015 at 1:30 PM before Magistrate Judge Nathanael Cousins in Courtroom 7, 4th Floor.
Time is excluded. Orders excluding time are submitted to the court & executed.
Government and counsel for Defendant Venkat Guntipally stipulate to government accessing Mr. Guntipally's original drive.

///

cc: L. Harrell