MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP A. GUENTERT (CABN 14734)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5079
    FAX: (408) 535-5066
    philip.guentert@usdoj.gov

Attorneys for United States of America

**Filed**
NOV 19 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> SUNITHA GUNTIPALLY, <br>     Defendant. | No. 14-MJ-71358 <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM NOVEMBER 19, 2014, TO JANUARY 8, 2015 |

    The defendant, , represented by Paul Meltzer, and the government, represented by Philip A. Guentert, Assistant United States Attorney, appeared before the Court on November 19, 2014 for a status conference.

    Counsel for the defendant and the government represent that they have begun the process of providing and reviewing discovery and discussing potential grand jury charges and dispositions of the case, which is complex and involves a large number of witnesses and documents. Based upon the motion of the government, and by stipulation of the parties, with the consent of the defendant, and for

ORDER EXCLUDING TIME

good cause shown, the Court finds that failing to exclude the time in which to indict the case from and including November 19, 2014, through and including January 8, 2015, would unreasonably deny the defendant and government continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and because the defendant's arrest occurred at a time such that it is unreasonable to expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b) and the facts upon which the grand jury must base its determination are complex. 18 U.S.C. § 3161(h)(7)(B)(iii) and (iv). The Court further finds that the ends of justice served by excluding this period of time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in an indictment returned according to the time period set forth in 18 U.S.C. § 3161(b). IT IS HEREBY ORDERED that the time from and including November 19, 2014 through January 8, 2015 shall be excluded from computation under the Speedy Trial Act

DATED: 11-19-14

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

ORDER EXCLUDING TIME