AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| VENKAT GUNTIPALLY | ) | Case No. 14-MJ-71358 |
| | ) | |
| *Defendant* | ) | |

**Filed**
NOV 19 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 11/19/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter A. Leeming
*Printed name and bar number of defendant's attorney*

108 Locust Street, Ste 7, SC A
*Address of defendant's attorney*

paleeming@sbcglobal.net
*E-mail address of defendant's attorney*

(831) 425-8000
*Telephone number of defendant's attorney*

(831) 425-8005
*FAX number of defendant's attorney*