MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Phone: 408-535-5585
    Fax: 408-535-5066
    jonas.lerman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | No. 14-MJ-71358 |
| ) | |
|     Plaintiff,    ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING STATUS DATE AND |
|   v.    ) | EXCLUDING TIME |
| ) | |
| PRATAP "BOB" KONDAMOORI,    ) | |
| SANDHYA RAMIREDDI,    ) | |
| ) | |
|     Defendants.    ) | |

The parties agree, and the Court finds and holds, as follows:

1. This matter is set before this Court for a status conference on June 19, 2015.

2. Since the parties last appeared in Court, the government has provided a large amount of discovery. Because of the volume of materials provided, the need to analyze those materials, and the need to confer on a variety of substantive issues, the parties agree and respectfully request that the June 19 status date be continued to August 14, 2015, at 1:30 pm.

3. The time between June 19 and August 14, 2015, is excluded under the Speedy Trial Act. Failure to grant the requested continuance would deny defense counsel the reasonable time necessary for

STIPULATION & [PROPOSED] ORDER            1
CONTINUING STATUS DATE & EXCLUDING TIME

1  effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C.

2  § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best

3  interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

4  *See id.* § 3161(h)(7)(A).

DATED: ___6/1/2015_____                 _____/s/_____
                                             GARRICK LEW
                                             Defense Counsel

DATED: ___6/1/2015_____                 _____/s/_____
                                             VARELL FULLER
                                             Defense Counsel

DATED: ___6/1/2015_____                 _____/s/_____
                                             JONAS LERMAN
                                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: _____                  _____
                                             NATHANAEL M. COUSINS
                                             United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER                     2
CONTINUING STATUS DATE & EXCLUDING TIME