Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Venkat Guntipally

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 14-71358 MAG |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER PERMITTING TRAVEL** |
| vs. ) | |
| ) | |
| VENKAT GUNTIPALLY and ) | |
| ) | |
| SUNITHA GUNTIPALLY, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

The parties stipulate, and request that the court Order, the following:

1.      Venkat and Sunitha Guntipally are husband and wife.  Both are charged by complaint with violations of 18 U.S.C. Sections 371 and 1546, conspiracy and fraud and misuse of visas, among other charges.  Both have been released on conditions that collectively include the posting of cash, property and surety bonds.

STIPULATION AND PROPOSED ORDER TRAVEL ORDER 6/26 – 6/28, 2015. - 1

2.      The Guntipallys have two teenage children.  They are seeking permission to travel with their children from June 26, 2015 to June 28, 2015 for a short camping trip.  The family will be staying at the Brennan Island State Recreation Area in Rio Vista, California.  Because this campground is located in the Eastern District, the conditions of the Guntipallys' release need to be modified to allow them to take this brief vacation.  Counsel for Mr. Guntipally is informed and believes that Pretrial Services does not oppose this request.

3.      For the above reasons, it is respectfully requested that the conditions of release be modified to permit travel to the Eastern District of California from June 26 2015 to June 28, 2015.

Respectfully submitted,


Dated: June 8, 2015  By:_____/s/_____
                         PETER A. LEEMING,
                         Attorney for Venkat Guntipally

                      By:_____/s/_____
                         PAUL B. MELTZER,
                         Attorney for Sunitha Guntipally

                       /s/____ Jeffrey Schenk
                      Assistant U.S. Attorney


                        /s/___ Jonas Lerman,_
                      Assistant U.S. Attorney

STIPULATION AND PROPOSED ORDER TRAVEL ORDER 6/26 – 6/28, 2015. - 2

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-71358 MAG |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) **PERMITTING TRAVEL** |
| VENKAT GUNTIPALLY and | ) |
| SUNITHA GUNTIPALLY, | ) |
| Defendants | ) |

For the reasons stated in the attached stipulation, the release conditions of Sunitha and Venkat Guntipally are modified to permit travel to the Eastern District of California from June 26 to June 28, 2015. The Defendants are directed to inform Pretrial Services of the details of any travel.

IT IS SO ORDERED.

DATED:_____          _____

                                                       HON. Howard R. Lloyd.
                                                       United States Magistrate Judge