GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Pratap "Bob" Kondamoori

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | **AMENDED** STIPULATION FOR TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| PRATAP "Bob" KONDAMOORI, | |
| Defendant. | |

Defendant Kondamoori was granted pretrial release on a $250,000 property bond secured by Deed of Trust encumbering defendant's daughter's property at 595 Lariat Circle, Unit 2, Incline Village, Nevada, Washoe County.  The property is the Kondamoori family residence where defendant resides with his wife, daughter and his mother.

Defendant's conditions of release include travel within the Northern and Eastern Districts of California, the District of Nevada and permitted business travel to the Central District of California and District of Arizona with permission of Pretrial Services.

Pretrial Services has approved prior business related travel to Flagstaff, Arizona on January 27, 2015 and February 2, 2015, to the Central District of California on January 7, 2015, and international business travel to Hyderabad, Andhra Pradesh, India on February 17, 2015.  Defendant has successfully completed all business related travel without incident.

1. Defendant is the acting CEO for Advanced Optronic Devices (AOD Int'l) and the company has requested his presence at the company annual Board of Directors Meeting in Curibato, Brazil. Defendant requests permission to travel for business from June 27, 2015 through July 3, 2015 from the Northern District of California to Curitbato, Brazil to attend the Board of Directors Meeting of Advanced Optronic Devices (AOD Int'l). Defendant requests that pretrial services immediately release his passport to him so that he may make arrangements for his travel visa with the Brazilian Consulate. Defendant will return his passport to Pretrial Services upon his return form Brazil.

Defendant requests approval of a second travel order to India from July 10, 2015 through July 29, 2015 to tend to remaining Sem India business affairs and expanding business interests of AOD Int'l in India. Defendant requests that Pretrial Services release his passport to him. Defendant will return his passport to Pretrial Services upon his return form India.

Defendant's Pretrial Services officer, Misty Sanchez and AUSA Jonas Lerman do not object to the above described business travel requests to Brazil or India.

Prior to departure, defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, airline reservations, hotel reservations/local residence accommodations and phone number where he can be reached while on travel and a copy of his prepaid return ticket.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant PRATAP "Bob" KONDAMOORI be granted permission to travel outside the Northern District of California to Curitbato, Brazil from June 27, 2015, returning on or before July 3, 2015 and to India from July 10, 2015 returning on or before July 29, 2015.

Dated: June 21, 2015

Garrick Lew
Attorney for Defendant Pratap "Bob" Kondamoori

Dated: June 21, 2015

/s/
_____
Jonas Lerman
United States Attorney

*United States v. Pratap "Bob" Kondamoori*, No. 5:14-mj-71358-MAG
Stipulation for Travel Order                                                                 2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, ) | |
| ) | [PROPOSED] TRAVEL ORDER |
| vs. ) | |
| PRATAP "Bob" KONDAMOORI, ) | |
| Defendant. ) | |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that defendant PRATAP "Bob" KONDAMOORI be permitted to travel to Curitbato, Brazil from June 27, 2015, returning on or before July 3, 2015 and to India from July 10, 2015 returning on or before July 29, 2015. Pretrial Services is granted permission to release Defendant's passport into his possession. Defendant is ordered to return his passport upon returning from Brazil and again upon returning from India.

IT IS FURTHER ORDERED Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel\residential locations in Curitbato, Brazil and India along with active phone numbers where defendant can be reached.

DATED: _____       _____
                              Honorable Nathanael Cousins
                              United States Magistrate Judge

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order                                                                 3