Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Venkat Guntipally

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-71358 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| vs. | |
| VENKAT GUNTIPALLY and SUNITHA GUNTIPALLY, | |
| Defendants. | |

The parties stipulate, and request that the court Order, the following:

1.  Venkat and Sunitha Guntipally are husband and wife. Both are charged by complaint with violations of 18 U.S.C. Section 371 and 1546, conspiracy and fraud and misuse of visas, among other charges. Both have been released on conditions that collectively include the posting of cash, property and surety bonds.

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/16-19, 2015. - 1

2. The Guntipallys have two teenage children. The family is seeking permission to travel to the Tahoe area from July 16, 2015 to July 19, 2015 for a brief vacation. This will include travel through the Eastern District of California as well as the District of Nevada, specifically Reno, where the Guntipallys are hoping to stay with a relative. Pretrial services has been informed of the proposed travel and has no objection to the request. The family will be travelling by car.

3. For the above reasons, it is respectfully requested that the conditions of release be modified to permit travel to the to the Tahoe area from July 16, 2015 to July 19, 2015.

Respectfully submitted,


Dated: July 6, 2015  By:   _____/s/_____
                            PETER A. LEEMING,
                            Attorney for Venkat Guntipally



                            _____/s/_____
                            JONAS LERMAN
                            Assistant U.S. Attorney

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/16-19, 2015. - 2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 14-71358 MAG |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) **PERMITTING TRAVEL** |
| VENKAT GUNTIPALLY and | ) |
| SUNITHA GUNTIPALLY, | ) |
| Defendants. | ) |

For the reasons stated in the attached stipulation, the release conditions of Sunitha and Venkat Guntipally are modified to permit travel through the Eastern District of California to the District of Nevada, specifically Reno, from July 16, 2015 to July 19, 2015.

The Defendants are directed to inform pretrial services of the details of any travel.

IT IS SO ORDERED.

DATED:_____                    _____

                                          Hon. Howard R. Lloyd
                                          United States Magistrate Judge

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/16-19, 2015. - 3