| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VENKAT GUNTIPALLY and<br><br>SUNITHA GUNTIPALLY,<br><br>Defendants. | No. CR 14-71358 MAG<br><br>[~~PROPOSED~~] ORDER PERMITTING TRAVEL |

For the reasons stated in the attached stipulation, the release conditions of Sunitha and Venkat Guntipally are modified to permit travel through the Eastern District of California to the District of Nevada, specifically Reno, from July 16, 2015 to July 19, 2015.

The Defendants are directed to inform pretrial services of the details of any travel.

IT IS SO ORDERED.

DATED: 7/16/15

Hon. Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/16-19, 2015. - 3