1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JONAS LERMAN (CABN 274733)
   JEFF SCHENK (CABN 234355)
5  Assistant United States Attorneys

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Phone: 408-535-5061
      Fax: 408-535-5066
8     jonas.lerman@usdoj.gov

9  Attorneys for the United States of America

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13

14 | UNITED STATES OF AMERICA,           ) No. 14-MJ-71358
                                         )
15 |     Plaintiff,                      ) STIPULATION AND [~~PROPOSED~~] ORDER
                                         ) RESETTING PRE-INDICTMENT STATUS AND
16 |     v.                              ) EXCLUDING TIME
                                         )
17 | SUNITHA GUNTIPALLY, VENKAT          )
     GUNTIPALLY, PRATAP "BOB"            )
18 | KONDAMOORI, and SANDHYA             )
     RAMIREDDI,                          )
19 |                                     )
         Defendants.                     )
20 |_____ )

21
       The defendants, Sunitha Guntipally, represented by Paul Meltzer; Venkat Guntipally,
22
   represented by Peter Leeming; Pratap Kondamoori, represented by Garrick Lew; and Sandhya
23
   Ramireddi, represented by Varell Fuller, and the United States of America, represented by Jeff Schenk
24
   and Jonas Lerman, Assistant United States Attorneys, respectfully request that the August 14, 2015,
25
   status hearings for all four defendants be rescheduled to September 25, 2015, at 1:30 pm before duty
26

27

28  STIPULATION & [~~PROPOSED~~] ORDER                 1
    CONTINUING STATUS DATE & EXCLUDING TIME

Magistrate Judge Howard R. Lloyd, and that the Court issue an order under the Speedy Trial Act excluding time in which to indict from August 14, 2015, to September 25, 2015.

The defendants were arrested pursuant to a complaint filed on October 27, 2014. The grand jury has not yet returned an indictment. Since the parties last appeared in Court, the government has provided a large amount of discovery, and the parties are discussing possible disposition of the case, which is complex. The parties request an exclusion of time in which to continue this process.

Respectfully submitted,

DATED: __8/11/2015__          _____/s/_____
                              PETER LEEMING
                              Attorney for Venkat Guntipally

DATED: __8/11/2015__          _____/s/_____
                              PAUL MELTZER
                              Attorney for Sunitha Guntipally

DATED: __8/11/2015__          _____/s/_____
                              GARRICK LEW
                              Attorneys for Pratap Kondamoori

DATED: __8/11/2015__          _____/s/_____
                              VARELL FULLER
                              Attorney for Sandhya Ramireddi

DATED: __8/11/2015__          _____/s/_____
                              JONAS LERMAN
                              Assistant United States Attorney

## **ORDER**

By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this case for the four defendants be rescheduled from August 14, 2015, to September 25, 2015, before Magistrate Judge Howard Lloyd.

The Court finds that failing to exclude time in which to indict the case from and including August 14, 2015, to and including September 25, 2015, would unreasonably deny the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                 2
CONTINUING STATUS DATE & EXCLUDING TIME

due diligence, and because the defendants' arrests occurred at a time such that it is unreasonable to expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b), and the facts upon which the grand jury must base its determination are complex. *See* 18 U.S.C. § 3161(h)(7)(B)(iii), (iv). The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in an indictment returned according to the period set forth in 18 U.S.C. § 3161(b).

IT IS HEREBY ORDERED that the time from and including August 14, 2015, to and including September 25, 2015, shall be excluded from computation under the Speedy Trial Act for each defendant.

DATED: __8/11/2015__

HON. PAUL S. GREWAL
United States Magistrate Judge

STIPULATION & [P~~ROPOSED~~] ORDER
CONTINUING STATUS DATE & EXCLUDING TIME

3