1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JONAS LERMAN (CABN 274733)
   JEFF SCHENK (CABN 234355)
5  Assistant United States Attorneys

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113
7       Phone: 408-535-5061
        Fax: 408-535-5066
8       jonas.lerman@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,          ) No. 14-MJ-71358
                                        )
15 |        Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
                                        ) RESETTING PRE-INDICTMENT STATUS AND
16 |    v.                               ) EXCLUDING TIME
                                        )
17 | SUNITHA GUNTIPALLY, VENKAT          )
     GUNTIPALLY, PRATAP "BOB"            )
18 | KONDAMOORI, and SANDHYA             )
     RAMIREDDI,                          )
19 |                                     )
            Defendants.                  )
20 | _____)

21

22        The defendants, Sunitha Guntipally, represented by Paul Meltzer; Venkat Guntipally,

23  represented by Peter Leeming; Pratap Kondamoori, represented by Garrick Lew; and Sandhya

24  Ramireddi, represented by Varell Fuller, and the United States of America, represented by Assistant

25  U.S. Attorneys Jeff Schenk and Jonas Lerman, respectfully request that the September 25, 2015, status

26  hearings for all four defendants be rescheduled to October 30, 2015, at 1:30 pm before duty Magistrate

27

28  STIPULATION & [PROPOSED] ORDER                    1
    CONTINUING STATUS DATE & EXCLUDING TIME

1    Judge Paul S. Grewal, and that the Court issue an order under the Speedy Trial Act excluding time in

2    which to indict from September 25, 2015, to October 30, 2015.

3          The defendants were arrested pursuant to a complaint filed on October 27, 2014. The grand jury

4    has not yet returned an indictment. Since the parties last appeared in Court, the government has

5    produced additional discovery, and the parties are discussing possible disposition of the case, which is

6    complex. The parties request an exclusion of time in which to continue this process.

7                                                        Respectfully submitted,

8    DATED: __9/21/2015__                               _____/s/_____

9                                                        PETER LEEMING
                                                         Attorney for Venkat Guntipally

10   DATED: __9/21/2015__                               _____/s/_____

11                                                       PAUL MELTZER
                                                         Attorney for Sunitha Guntipally

12
     DATED: __9/21/2015__                               _____/s/_____

13                                                       GARRICK LEW
                                                         Attorneys for Pratap Kondamoori

14

15   DATED: __9/21/2015__                               _____/s/_____

16                                                       VARELL FULLER
                                                         Attorney for Sandhya Ramireddi

17

18   DATED: __9/21/2015__                               _____/s/_____

19                                                       JONAS LERMAN
                                                         Assistant United States Attorney

20

21                                            **<u>ORDER</u>**

22          By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS

23   HEREBY ORDERED that the status hearing in this case for the four defendants be rescheduled from

24   September 25, 2015, to October 30, 2015, before Magistrate Judge Paul S. Grewal.

25          The Court finds that failing to exclude time in which to indict the case from and including

26   September 25, 2015, to and including October 30, 2015, would unreasonably deny the defendants and

27   the government the reasonable time necessary for effective preparation, taking into account the exercise

28

of due diligence, and because the defendants' arrests occurred at a time such that it is unreasonable to expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b), and the facts upon which the grand jury must base its determination are complex. *See* 18 U.S.C. § 3161(h)(7)(B)(iii), (iv). The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in an indictment returned according to the period set forth in 18 U.S.C. § 3161(b).

IT IS HEREBY ORDERED that the time from and including September 25, 2015, to and including October 30, 2015, shall be excluded from computation under the Speedy Trial Act for each defendant.

DATED: _____        _____
                                HON. HOWARD R. LLOYD
                                United States Magistrate Judge