BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Phone: 408-535-5061
    Fax: 408-535-5066
    jonas.lerman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-MJ-71358 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RESETTING PRE-INDICTMENT STATUS AND EXCLUDING TIME |
| v. | |
| SUNITHA GUNTIPALLY, VENKAT GUNTIPALLY, PRATAP "BOB" KONDAMOORI, and SANDHYA RAMIREDDI, | |
| Defendants. | |

    The defendants, Sunitha Guntipally, represented by Paul Meltzer; Venkat Guntipally, represented by Peter Leeming; Pratap Kondamoori, represented by Garrick Lew; and Sandhya Ramireddi, represented by Varell Fuller, and the United States of America, represented by Assistant U.S. Attorneys Jeff Schenk and Jonas Lerman, respectfully request that the September 25, 2015, status hearings for all four defendants be rescheduled to October 30, 2015, at 1:30 pm before duty Magistrate

STIPULATION & [PROPOSED] ORDER
CONTINUING STATUS DATE & EXCLUDING TIME

1

Judge Paul S. Grewal, and that the Court issue an order under the Speedy Trial Act excluding time in which to indict from September 25, 2015, to October 30, 2015.

The defendants were arrested pursuant to a complaint filed on October 27, 2014. The grand jury has not yet returned an indictment. Since the parties last appeared in Court, the government has produced additional discovery, and the parties are discussing possible disposition of the case, which is complex. The parties request an exclusion of time in which to continue this process.

Respectfully submitted,

DATED: 9/21/2015

/s/
PETER LEEMING
Attorney for Venkat Guntipally

DATED: 9/21/2015

/s/
PAUL MELTZER
Attorney for Sunitha Guntipally

DATED: 9/21/2015

/s/
GARRICK LEW
Attorneys for Pratap Kondamoori

DATED: 9/21/2015

/s/
VARELL FULLER
Attorney for Sandhya Ramireddi

DATED: 9/21/2015

/s/
JONAS LERMAN
Assistant United States Attorney

## ORDER

By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this case for the four defendants be rescheduled from September 25, 2015, to October 30, 2015, before Magistrate Judge Paul S. Grewal.

The Court finds that failing to exclude time in which to indict the case from and including September 25, 2015, to and including October 30, 2015, would unreasonably deny the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise

STIPULATION & [PROPOSED] ORDER            2
CONTINUING STATUS DATE & EXCLUDING TIME

1  of due diligence, and because the defendants' arrests occurred at a time such that it is unreasonable to
2  expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b), and the
3  facts upon which the grand jury must base its determination are complex. *See* 18 U.S.C.
4  § 3161(h)(7)(B)(iii), (iv). The Court further finds that the ends of justice served by excluding this time
5  from computation under the Speedy Trial Act outweigh the best interests of the public and the
6  defendants in an indictment returned according to the period set forth in 18 U.S.C. § 3161(b).
7      IT IS HEREBY ORDERED that the time from and including September 25, 2015, to and
8  including October 30, 2015, shall be excluded from computation under the Speedy Trial Act for each
9  defendant.

11 DATED: 9/22/15

HON. HOWARD R. LLOYD
United States Magistrate Judge

28 STIPULATION & [PROPOSED] ORDER     3
CONTINUING STATUS DATE & EXCLUDING TIME