BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Phone: 408-535-5061
    Fax: 408-535-5066
    jonas.lerman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-MJ-71358 |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER RESETTING PRE-INDICTMENT STATUS AND EXCLUDING TIME |
| v. | |
| SUNITHA GUNTIPALLY, VENKAT GUNTIPALLY, PRATAP "BOB" KONDAMOORI, and SANDHYA RAMIREDDI, | |
| Defendants. | |

The defendants, Sunitha Guntipally, represented by Paul Meltzer; Venkat Guntipally, represented by Peter Leeming; Pratap "Bob" Kondamoori, represented by Garrick Lew and Richard Hullinger; and Sandhya Ramireddi, represented by Varell Fuller, and the United States of America, represented by Assistant U.S. Attorneys Jeff Schenk and Jonas Lerman, respectfully request that the October 30, 2015, status hearings for all four defendants be rescheduled to December 18, 2015, at 1:30

STIPULATION & [~~PROPOSED~~] ORDER
CONTINUING STATUS DATE & EXCLUDING TIME

1

1  pm before duty Magistrate Judge Cousins, and that the Court issue an order under the Speedy Trial Act
2  excluding time in which to indict from October 30, 2015, to December 18, 2015.
3      The defendants were arrested pursuant to a complaint filed on October 27, 2014. The grand jury
4  has not yet returned an indictment. The parties are discussing possible pre-indictment disposition of the
5  case, which is complex. The parties request an exclusion of time in which to continue this process.

Respectfully submitted,

DATED:  10/22/2015             /s/
PETER LEEMING
Attorney for Venkat Guntipally

DATED:  10/22/2015             /s/
PAUL MELTZER
Attorney for Sunitha Guntipally

DATED:  10/22/2015             /s/
GARRICK LEW
RICHARD HULLINGER
Attorneys for Pratap Kondamoori

DATED:  10/22/2015             /s/
VARELL FULLER
Attorney for Sandhya Ramireddi

DATED:  10/22/2015             /s/
JONAS LERMAN
Assistant United States Attorney

## **ORDER**

By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this case for the four defendants be rescheduled from October 30, 2015, to December 18, 2015, before Magistrate Judge Nathanael Cousins.

The Court finds that failing to exclude time in which to indict the case from and including October 30, 2015, to and including December 18, 2015, would unreasonably deny the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and because the defendants' arrests occurred at a time such that it is unreasonable to

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER      2
CONTINUING STATUS DATE & EXCLUDING TIME

1  expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b), and the
2  facts upon which the grand jury must base its determination are complex. *See* 18 U.S.C.
3  § 3161(h)(7)(B)(iii), (iv). The Court further finds that the ends of justice served by excluding this time
4  from computation under the Speedy Trial Act outweigh the best interests of the public and the
5  defendants in an indictment returned according to the period set forth in 18 U.S.C. § 3161(b).
6      IT IS HEREBY ORDERED that the time from and including October 30, 2015, to and including
7  December 18, 2015, shall be excluded from computation under the Speedy Trial Act for each defendant.

9  DATED: 10/24/2015                    _____
                                         HON. PAUL S. GREWAL
10                                       United States Magistrate Judge

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                    3
CONTINUING STATUS DATE & EXCLUDING TIME