GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Pratap "Bob" Kondamoori

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| PRATAP "Bob" KONDAMOORI, | |
| Defendant. | |

Defendant Kondamoori was granted pretrial release on a $250,000 property bond secured by Deed of Trust encumbering defendant's daughter's property at 595 Lariat Circle, Unit 2, Incline Village, Nevada, Washoe County. The property is the Kondamoori family residence where defendant resides with his wife, daughter and his mother.

Defendant's conditions of release include travel within the Northern and Eastern Districts of California, the District of Nevada and permitted business travel to the Central District of California and District of Arizona with permission of Pretrial Services.

Pretrial Services has approved prior business related travel to Flagstaff, Arizona on January 27, 2015 and February 2, 2015, to the Central District of California on January 7, 2015, and international business travel to Hyderabad, Andhra Pradesh, India on February 17, 2015. Defendant has successfully completed all business related travel without incident.

Defendant is the acting CEO for Advanced Optronic Devices International (AOD Int'l). AOD has decided to expand operations in India and will be building a new manufacturing facility there and Mr. Kondamoori has to be there on behalf of AOD to acquire the land and approve construction plans. Defendant will be in India starting on November 7, 2015 through November 24, 2015. On November 25, 2015 Defendant will travel to Weifang, Shandong, China to AOD corporate headquarters to manage assembly and transfer of manufacturing equipment to the new factory in India. Defendant requests permission for international business travel from November 7, 2015 through December 10, 2015 from the Northern District of California to New Delhi, India and then to Weifang, Shandong, China to handle business affairs of Advanced Optronic Devices (AOD Int'l). Defendant requests that pretrial services release his passport to him so that he may make travel arrangements for his travel visas. Defendant will return his passport to Pretrial Services upon his return from China.

Defendant's Pretrial Services officer, Misty Sanchez and AUSA Jonas Lerman do not object to the above described business travel requests to India and China.

Prior to departure, defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, airline reservations, hotel reservations/local residence accommodations and phone number where he can be reached while on travel and a copy of his prepaid return ticket.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant PRATAP "Bob" KONDAMOORI be granted permission to travel outside the Northern District of California to New Delhi, India from November 7 through November 24, 2015 and to Weifang, Shandong, China from November 25, 2015 returning on or before December 10, 2015.

Dated: November 2, 2015

Garrick Lew
Attorney for Defendant Pratap "Bob" Kondamoori

Dated: November 2, 2015

/s/
_____
Jonas Lerman
United States Attorney

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRATAP "Bob" KONDAMOORI,<br><br>Defendant. | Case No. 5:14-MJ-71358-MAG<br><br>[PROPOSED] TRAVEL ORDER |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that defendant PRATAP "Bob" KONDAMOORI be permitted to travel to New Delhi, India, from November 7, 2015, through November 24, 2015 and to Weifeng, China from November 25, 2015 returning on or before December 10, 2015.  Pretrial Services is granted permission to release Defendant's passport into his possession.  Defendant is ordered to return his passport to Pretrial Services within 3 days upon returning from China.

IT IS FURTHER ORDERED Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel\residential locations in New Delhi, India and Weifeng, China along with active phone numbers where defendant can be reached while on international travel.

DATED: _____            _____
                                Honorable Nathanael Cousins
                                United States Magistrate Judge