UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | ) | |
| | ) | TRAVEL ORDER |
| vs. | ) | |
| | ) | |
| PRATAP "Bob" KONDAMOORI, | ) | |
| | ) | |
| Defendant. | ) | |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that defendant PRATAP "Bob" KONDAMOORI be permitted to travel to New Delhi, India, from November 7, 2015, through November 24, 2015 and to Weifeng, China from November 25, 2015 returning on or before December 10, 2015. Pretrial Services is granted permission to release Defendant's passport into his possession. Defendant is ordered to return his passport to Pretrial Services within 3 days upon returning from China.

IT IS FURTHER ORDERED Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel\residential locations in New Delhi, India and Weifeng, China along with active phone numbers where defendant can be reached while on international travel.

DATED: November 4, 2015

_____
Honorable Nathanael
United States Magistrate

[STAMP: GRANTED — Judge Nathanael M. Cousins — United States District Court, Northern District of California]

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order

3