Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Venkat Guntipally

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-71358 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL** |
| vs. | |
| VENKAT GUNTIPALLY, | |
| Defendant. | |

The parties stipulate, and request that the court Order, the following:

1. Venkat and Sunitha Guntipally are husband and wife. Both are charged by complaint with violations of 18 U.S.C. Sections 371 and 1546, conspiracy and

STIPULATION AND PROPOSED TRAVEL ORDER. - 1

1  fraud and misuse of visas, among other charges.  Both have been released on

2  conditions that collectively include the posting of cash, property and surety bonds.

3    2. Mr. Guntipally's father resides in India and is ill.  He was admitted to

4  hospital on December 3, 2015 and Mr. Guntipally seeks permission to visit him.  A

5  medical certificate from the hospital where Mr. Guntipally's father has been admitted

6  

7  has been provided to US Pretrial and to the US Attorney's office.

8    3. Mr. Guntipally has not seen his father for several years and respectfully

9  seeks permission to travel to visit his father and for the temporary return of his

10 passport so that he may travel.  Mr. Guntipally's wife, Sunitha Guntipally, and their

11 children would remain in the United States during this trip.

12   3. For the above reasons, it is respectfully requested that the conditions of

13 release be modified to permit Mr. Guntipally to travel to Telangana, India from

14 December 9, 2015 to January 4, 2016.

15   Respectfully submitted,

16

17

18   Dated: December 7, 2015 by: _____/s/_____
            PETER A. LEEMING,
19               Attorney for Venkat Guntipally

20

21

22          _____/s/_____
          JONAS LERMAN
          Assistant United States Attorney

23

24

25

STIPULATION AND PROPOSED TRAVEL ORDER. - 2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-71358 MAG |
| Plaintiff, | ) ) | **[PROPOSED] ORDER** |
| vs. | ) ) | **PERMITTING TRAVEL AND ALLOWING TEMPORARY** |
| VENKAT GUNTIPALLY, | ) ) | **RETURN OF PASSPORT** |
| Defendant | ) ) ) ) ) ) | |

     For the reasons stated in the attached stipulation, Mr. Venkat Guntipally will be permitted to travel to Telangana, India from December 9, 2015 to January 4, 2016. Mr. Guntipally's passport is to be returned to him to allow him to travel. The Defendant is directed to inform Pretrial Services of the details of any travel, and to return his passport immediately upon the completion of his trip.

IT IS SO ORDERED.

DATED: _____                    _____

                                                            HON. NATHANAEL M. COUSINS
                                                            United States Magistrate Judge