| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division |
| 4 | JONAS LERMAN (CABN 274733)<br>JEFF SCHENK (CABN 234355) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Phone: 408-535-5061<br>Fax: 408-535-5066 |
| 8 | jonas.lerman@usdoj.gov |
| 9 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 14-MJ-71358 |
| Plaintiff, | ) ) | STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |
| v. | ) ) | RESETTING PRE-INDICTMENT STATUS AND EXCLUDING TIME |
| SUNITHA GUNTIPALLY, VENKAT GUNTIPALLY, PRATAP "BOB" KONDAMOORI, and SANDHYA RAMIREDDI, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The defendants, Sunitha Guntipally, represented by Paul Meltzer; Venkat Guntipally, represented by Peter Leeming; Pratap "Bob" Kondamoori, represented by Garrick Lew and Richard Hullinger; and Sandhya Ramireddi, represented by Varell Fuller, and the United States of America, represented by Assistant U.S. Attorneys Jeff Schenk and Jonas Lerman, respectfully request that the December 18, 2015, status hearings for all four defendants be rescheduled to March 4, 2016, at 1:30 pm before duty Magistrate Judge Howard R. Lloyd, and that the Court issue an order under the Speedy Trial Act excluding time in which to indict from December 18, 2015, to March 4, 2016.

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                    1
CONTINUING STATUS DATE & EXCLUDING TIME

The defendants were arrested pursuant to a complaint filed on October 27, 2014. The grand jury has not yet returned an indictment. The parties are discussing possible pre-indictment disposition of the case, which is complex. The government has made plea offers to the defendants, which the defendants continue to review. However, one defendant has been ill, and another defendant is currently out of the District due to a family medical emergency. In addition, counsel for three defendants will be in trial on other cases in early 2016. For these reasons, the parties request an exclusion of time in which to continue their pre-indictment plea negotiations.

Respectfully submitted,

DATED: __12/14/2015__          _____/s/_____
                                PETER LEEMING
                                Attorney for Venkat Guntipally

DATED: __12/14/2015__          _____/s/_____
                                PAUL MELTZER
                                Attorney for Sunitha Guntipally

DATED: __12/14/2015__          _____/s/_____
                                GARRICK LEW
                                RICHARD HULLINGER
                                Attorneys for Pratap Kondamoori

DATED: __12/14/2015__          _____/s/_____
                                VARELL FULLER
                                Attorney for Sandhya Ramireddi

DATED: __12/14/2015__          _____/s/_____
                                JONAS LERMAN
                                Assistant United States Attorney

## **ORDER**

By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this case for the four defendants be rescheduled from December 18, 2015, to March 4, 2016, before Magistrate Judge Howard R. Lloyd.

The Court finds that failing to exclude time in which to indict the case from and including

STIPULATION & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER                    2
CONTINUING STATUS DATE & EXCLUDING TIME

1  December 18, 2015, to and including March 4, 2016, would unreasonably deny the defendants and the
2  government the reasonable time necessary for effective preparation, and would unreasonably deny the
3  defendants continuity of counsel, taking into account the exercise of due diligence, 18 U.S.C.
4  § 3161(h)(7)(B)(iv); and also because the defendants' arrests occurred at a time such that it is
5  unreasonable to expect return and filing of the indictment within the period set forth in 18 U.S.C.
6  § 3161(b), and the facts upon which the grand jury must base its determination are complex, 18 U.S.C.
7  § 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding this time from
8  computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in
9  an indictment returned according to the period set forth in 18 U.S.C. § 3161(b).

10     IT IS HEREBY ORDERED that the time from and including December 18, 2015, to and
11  including March 4, 2016, shall be excluded from computation under the Speedy Trial Act for each
12  defendant.

14  DATED:  December 15, 2015

    HON. NATHANAEL M. COUSINS
    United States Magistrate Judge

    **GRANTED**
    /s/ Nate
    Judge Nathanael M. Cousins

28  STIPULATION & [PROPOSED] ORDER                3
    CONTINUING STATUS DATE & EXCLUDING TIME