GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Pratap "Bob" Kondamoori

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | STIPULATION FOR TRAVEL ORDER and [PROPOSED] TRAVEL ORDER |
| vs. | |
| PRATAP "Bob" KONDAMOORI, | |
| Defendant. | |

    Defendant Kondamoori was granted pretrial release on a $250,000 property bond secured by Deed of Trust encumbering defendant's daughter's property at 595 Lariat Circle, Unit 2, Incline Village, Nevada, Washoe County.  The property is the Kondamoori family residence where defendant resides with his wife, daughter and his mother.

    Defendant's conditions of release include travel within the Northern and Eastern Districts of California, the District of Nevada and permitted business travel to the Central District of California and District of Arizona with permission of Pretrial Services.

    Pretrial Services has approved prior business-related travel to Flagstaff, Arizona on January 27, 2015, and February 2, 2015, to the Central District of California on January 7, 2015, and international business travel to Hyderabad, Andhra Pradesh, India on February 17, 2015, New Delhi, India, on November 7, 2015, and to Weifeng, China on November 25, 2015.  Defendant has successfully completed all business related travel without incident.

1  Defendant is the acting CEO for Advanced Optronic Devices International (AOD Int'l). Part of
2  defendant's duties as acting CEO include promoting AOD to foreign and domestic clients. Defendant
3  requests permission for business travel within the United States from January 4, 2016, through January
4  7, 2016, from the Northern District of California to Miami, Florida to handle the business affairs of
5  Advanced Optronic Devices (AOD Int'l).

6  Defendant's Pretrial Services officer, Misty Sanchez and AUSA Jonas Lerman do not object to
7  the above described business travel requests to Miami, Florida.

8  Prior to departure, defendant will provide his pretrial services officer and government counsel
9  with a copy of his proposed travel schedule, airline reservations, hotel reservations/local residence
10 accommodations and phone number where he can be reached while on travel and a copy of his prepaid
11 return ticket.

12 THE PARTIES HEREBY STIPULATE AND AGREE that defendant PRATAP "Bob"
13 KONDAMOORI be granted permission to travel outside the Northern District of California to Miami,
14 Florida from January 4, 2016, through January 7, 2016.

16 Dated: December 29, 2015

19 Garrick Lew
   Attorney for Defendant Pratap "Bob" Kondamoori
20 Dated: December 29, 2015

21 /s/
   _____
22 Jonas Lerman
   United States Attorney

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, ) | |
| ) | [PROPOSED] TRAVEL ORDER |
| vs. ) | |
| PRATAP "Bob" KONDAMOORI, ) | |
| Defendant. ) | |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that defendant PRATAP "Bob" KONDAMOORI be permitted to travel to Miami, Florida from January 4, 2016, through January 7, 2016.

IT IS FURTHER ORDERED Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel/residential locations in Miami, Florida along with active phone numbers where defendant can be reached.

DATED: _____        _____
                            Honorable Nathanael Cousins
                            United States Magistrate Judge