GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Pratap "Bob" Kondamoori

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | STIPULATION FOR BLANKET TRAVEL ORDER and [PROPOSED] BLANKET TRAVEL ORDER |
| vs. | |
| PRATAP "Bob" KONDAMOORI, | |
| Defendant. | |

Defendant Kondamoori was granted pretrial release on a $250,000 property bond secured by Deed of Trust encumbering defendant's daughter's property at 595 Lariat Circle, Unit 2, Incline Village, Nevada, Washoe County.  The property is the Kondamoori family residence where defendant resides with his wife, daughter and his mother.

Defendant's conditions of release include travel within the Northern and Eastern Districts of California, the District of Nevada and permitted business travel to the Central District of California and District of Arizona with permission of Pretrial Services.

Pretrial Services has approved prior business-related travel to Flagstaff, Arizona on January 27, 2015, and February 2, 2015; to the Central District of California on January 7, 2015; to Miami, Florida on January 4, 2016; and international business travel to Hyderabad, Andhra Pradesh, India on February 17, 2015; New Delhi, India, on November 7, 2015; and to Weifeng, China on November 25, 2015. Defendant has successfully completed all business related travel without incident.

1  Defendant is the CEO for Advanced Optronic Devices International (AOD Int'l).  Part of
2  defendant's duties as acting CEO include promoting AOD to foreign and domestic clients, rasing equity
3  funding for the company, and developing two new manufacturing plants in India and Brazil.  Defendant
4  is actively promoting the business with potential clients across the United States with the goal of
5  developing 100 new dealers for his company's products within the year.  This work requires extensive
6  travel.  Defendant requests permission for business travel within the United States for the entire pretrial
7  period.   All travel will be limited to conducting the business affairs of Advanced Optronic Devices
8  (AOD Int'l).  If defendant is required to travel for any other reason, he will make a separate request to
9  the Court.

10  Defendant's Pretrial Services officer, Misty Sanchez and AUSA Jonas Lerman do not object to
11  the above-described blanket, pretrial business travel request.

12  Prior to departure on any business-related travel covered by this blanket request, defendant will
13  provide his pretrial services officer and government counsel with a copy of his proposed travel schedule,
14  airline reservations, hotel reservations/local residence accommodations and phone number where he can
15  be reached while on travel and a copy of his prepaid return ticket.

16  THE PARTIES HEREBY STIPULATE AND AGREE that defendant PRATAP "Bob"
17  KONDAMOORI be granted permission to travel within the United States for business for the entire
18  pretrial period.

20  Dated: January 7, 2016

23  Garrick Lew
    Attorney for Defendant Pratap "Bob" Kondamoori
24  Dated: January 7, 2016

25  /s/
    _____
26  Jonas Lerman
    United States Attorney

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order                                                                    2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] TRAVEL ORDER |
| PRATAP "Bob" KONDAMOORI, | ) | |
| Defendant. | ) | |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that Defendant PRATAP "Bob" KONDAMOORI be permitted to travel within the United States for the entire pretrial period. All travel covered by this Order will be limited to conducting the business affairs of Advanced Optronic Devices (AOD Int'l). If defendant is required to travel for any other reason, he shall make a separate request to the Court.

IT IS FURTHER ORDERED that prior to departure for all travel covered by this blanket order that Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel/residential locations along with active phone numbers where defendant can be reached.

DATED: _____       _____
                          Honorable Nathanael Cousins
                          United States Magistrate Judge