UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>PRATAP "Bob" KONDAMOORI,<br><br>  Defendant. | Case No. 5:14-MJ-71358-MAG<br><br>TRAVEL ORDER |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that Defendant PRATAP "Bob" KONDAMOORI be permitted to travel within the United States for the entire pretrial period. All travel covered by this Order will be limited to conducting the business affairs of Advanced Optronic Devices (AOD Int'l). If defendant is required to travel for any other reason, he shall make a separate request to the Court.

IT IS FURTHER ORDERED that prior to departure for all travel covered by this blanket order that Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel/residential locations along with active phone numbers where defendant can be reached.

DATED: January 7, 2016

_____
Honorable Nathanael Cousins
United States Magistrate Judge

GRANTED

*Judge Nathanael M. Cousins*