GARRICK S. LEW (State Bar No. 61889)
Law Offices of Garrick S. Lew & Associates
1000 Brannan Street, Suite 488
San Francisco, CA 94103
Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
gsl@defendergroup.com

Attorney for Defendant Pratap "Bob" Kondamoori

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>PRATAP "Bob" KONDAMOORI,<br><br>        Defendant. | Case No. 5:14-MJ-71358-MAG<br><br>STIPULATION FOR TRAVEL ORDER<br>and  TRAVEL ORDER |

      Defendant Kondamoori was granted pretrial release on a $250,000 property bond secured by Deed of Trust encumbering defendant's daughter's property at 595 Lariat Circle, Unit 2, Incline Village, Nevada, Washoe County.  The property is the Kondamoori family residence where defendant resides with his wife, daughter and his mother.

      Defendant's conditions of release include travel within the Northern and Eastern Districts of California, the District of Nevada and permitted business travel to the Central District of California and District of Arizona with permission of Pretrial Services.

      Pretrial Services has approved prior business-related travel to Flagstaff, Arizona on January 27, 2015, and February 2, 2015; to the Central District of California on January 7, 2015; to Miami, Florida on January 4, 2016; and international business travel to Hyderabad, Andhra Pradesh, India on February 17, 2015; New Delhi, India, on November 7, 2015; and to Weifeng, China on November 25, 2015. Defendant has successfully completed all business related travel without incident.

1  Defendant is the acting CEO for Advanced Optronic Devices International (AOD Int'l). Part of defendant's duties as acting CEO include promoting AOD to foreign and domestic clients. Defendant requests permission for business travel from January 13, 2016, through March 1, 2016, from the Northern District of California to Delhi, India. Defendant further requests permission to travel from India to Waifeng, China from January 30, 2016, to February 7, 2016, and finally from China to Sydney and Melbourne, Australia on February 7, 2016, to February 13, 2016, then back to India before returning to the Northern District of California on March 1, 2016. All travel is to conduct the business affairs of Advanced Optronic Devices (AOD Int'l). Defendant requests that Pretrial Services release his passport to him so that he may make travel arrangements for his travel visas. Defendant will return his passport to Pretrial Services upon his return from India.

Defendant's Pretrial Services officer, Misty Sanchez and AUSA Jonas Lerman do not object to the above described business travel requests to India, China, and Australia.

Prior to departure, defendant will provide his pretrial services officer and government counsel with a copy of his proposed travel schedule, airline reservations, hotel reservations/local residence accommodations and phone number where he can be reached while on travel and a copy of his prepaid return ticket.

THE PARTIES HEREBY STIPULATE AND AGREE that defendant PRATAP "Bob" KONDAMOORI be granted permission to travel outside the Northern District of California to Delhi, India, Weifeng, China, and Sydney and Melbourne, Australia from January 13, 2016, returning on or before March 1, 2016.

Dated: January 11, 2016

Garrick Lew
Attorney for Defendant Pratap "Bob" Kondamoori

Dated: January 11, 2016

/s/
_____
Jonas Lerman
United States Attorney

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order                                                                                                2

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:14-MJ-71358-MAG |
| Plaintiff, | ) ) | |
| vs. | ) ) | TRAVEL ORDER |
| PRATAP "Bob" KONDAMOORI, | ) ) | |
| Defendant. | ) ) ) | |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that defendant PRATAP "Bob" KONDAMOORI be permitted to travel to Delhi, India, Weifeng, China, and Sydney and Melbourne, Australia from January 13, 2016, through March 1, 2016. Pretrial Services is granted permission to release Defendant's passport into his possession. Defendant is ordered to return his passport to Pretrial Services within 3 days upon returning from India.

IT IS FURTHER ORDERED Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel/residential locations in India, China, and Australia along with active phone numbers where defendant can be reached.

DATED: January 11, 2016

Honorable Nathanael Cousins
United States Magistrate Judge