BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JONAS LERMAN (CABN 274733)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Phone: 408-535-5061
Fax: 408-535-5066
jonas.lerman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUNITHA GUNTIPALLY, VENKAT GUNTIPALLY, PRATAP “BOB” KONDAMOORI, and SANDHYA RAMIREDDI,<br><br>Defendants. | No. 14-MJ-71358<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RESETTING PRE-INDICTMENT STATUS AND EXCLUDING TIME |

The defendants, Sunitha Guntipally, represented by Paul Meltzer; Venkat Guntipally, represented by Peter Leeming; Pratap “Bob” Kondamoori, represented by Garrick Lew and Richard Hullinger; and Sandhya Ramireddi, represented by Varell Fuller, and the United States of America, represented by Assistant U.S. Attorneys Jeff Schenk and Jonas Lerman, respectfully request that the March 4, 2016, status hearings for all four defendants be rescheduled to May 6, 2016, at 1:30 pm before duty Magistrate Judge Nathanael M. Cousins, and that the Court issue an order under the Speedy Trial Act excluding time in which to indict from March 4, 2016, to May 6, 2016.

The defendants were arrested pursuant to a complaint filed on October 27, 2014. The grand jury has not yet returned an indictment. The parties continue to discuss pre-indictment disposition of the case, which is complex. The government has made plea offers that the defendants continue to review. The defendants also continue to review discovery, which is voluminous. In addition, one of the defense attorneys is undergoing critical medical treatment and is currently hospitalized; two other defense attorneys have been in trial preparation on other matters; and another defense attorney will be in trial on a homicide case starting in March 2016. For these reasons, the parties request an exclusion of time in which to continue their pre-indictment plea negotiations.

Respectfully submitted,

DATED: 2/25/2016

/s/
PETER LEEMING
Attorney for Venkat Guntipally

DATED: 2/24/2016

/s/
PAUL MELTZER
Attorney for Sunitha Guntipally

DATED: 2/24/2016

/s/
GARRICK LEW
RICHARD HULLINGER
Attorneys for Pratap Kondamoori

DATED: 2/24/2016

/s/
VARELL FULLER
Attorney for Sandhya Ramireddi

DATED: 2/25/2016

/s/
JONAS LERMAN
Assistant United States Attorney

**ORDER**

By stipulation of the parties, with the consent of the defendants, and for good cause shown, IT IS HEREBY ORDERED that the status hearing in this case for the four defendants be rescheduled from March 4, 2016, to May 6, 2016, before duty Magistrate Judge Nathanael M. Cousins.

The Court finds that failing to exclude time in which to indict the case from and including March 4, 2016, to and including May 6, 2016, would unreasonably deny the defendants and the government the reasonable time necessary for effective preparation, and would unreasonably deny the defendants continuity of counsel, taking into account the exercise of due diligence, 18 U.S.C. § 3161(h)(7)(B)(iv); and also because the defendants' arrests occurred at a time such that it is unreasonable to expect return and filing of the indictment within the period set forth in 18 U.S.C. § 3161(b), and the facts upon which the grand jury must base its determination are complex, 18 U.S.C. § 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in an indictment returned according to the period set forth in 18 U.S.C. § 3161(b).

IT IS HEREBY ORDERED that the time from and including March 4, 2016, to and including May 6, 2016, shall be excluded from computation under the Speedy Trial Act for each defendant.

DATED: February 26, 2016

HON. NATHANAEL M. COUSINS
United States Magistrate Judge

