1  GARRICK S. LEW (State Bar No. 61889)
   Law Offices of Garrick S. Lew & Associates
2  1000 Brannan Street, Suite 488
   San Francisco, CA 94103
3  Telephone:  (415) 575-3588
   Facsimile:   (415) 522-1506
4  gsl@defendergroup.com

5  Attorney for Defendant Pratap "Bob" Kondamoori

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 5:14-MJ-71358-MAG |
|---|---|
| Plaintiff, | ) STIPULATION FOR TRAVEL ORDER |
| vs. | ) and TRAVEL ORDER |
| PRATAP "Bob" KONDAMOORI, | ) |
| Defendant. | ) |

Defendant Kondamoori was granted pretrial release on a $250,000 property bond secured by Deed of Trust encumbering defendant's daughter's property at 595 Lariat Circle, Unit 2, Incline Village, Nevada, Washoe County.  The property is the Kondamoori family residence where defendant resides with his wife, daughter and his mother.

Defendant's conditions of release include travel within the Northern and Eastern Districts of California, the District of Nevada and permitted business travel to the Central District of California and District of Arizona with permission of Pretrial Services.

Pretrial Services has approved prior business-related travel to Flagstaff, Arizona on January 27, 2015, and February 2, 2015; to the Central District of California on January 7, 2015; to Miami, Florida on January 4, 2016; and international business travel to Hyderabad, Andhra Pradesh, India on February 17, 2015; New Delhi, India, on November 7, 2015; and Weifeng, China on November 25, 2015, and to

1  India, China and Australia from January 13, through March 1, 2016. Defendant has successfully
2  completed all business related travel without incident.

3  Defendant is the acting CEO for Advanced Optronic Devices International (AOD Int'l). Part
4  of defendant's duties as acting CEO include promoting AOD to foreign and domestic clients. Defendant
5  previously requested permission for business travel from January 13, 2016, through March 1, 2016, from
6  the Northern District of California to Delhi, India, continuing on to Waifeng, China, and Melbourne,
7  Australia, then finally back to India before returning to the Northern District. However, Defendant had
8  to cut the trip short due to unforeseen business reasons. Defendant requests permission to again travel
9  to Waifeng, China on March 15, 2016, to Singapore from China on March 20, 2016, to Kuala Lumpur,
10 Malaysia from Singapore on March 23, 2016, returning to Singapore on March 24, 2016, then finally
11 returning to the Northern District on March 25, 2016. All travel is to conduct the business affairs of
12 Advanced Optronic Devices (AOD Int'l). Defendant requests that Pretrial Services release his passport
13 to him so that he may make travel arrangements for his travel visas. Defendant will return his passport
14 to Pretrial Services upon his return from Singapore.

15 Defendant's Pretrial Services officer, Misty Sanchez and AUSA Jonas Lerman do not object to
16 the above described business travel requests to China, Malaysia, and Singapore. Prior to departure,
17 defendant will provide his pretrial services officer and government counsel with a copy of his proposed
18 travel schedule, airline reservations, hotel reservations/local residence accommodations and phone
19 number where he can be reached while on travel and a copy of his prepaid return ticket.

20 THE PARTIES HEREBY STIPULATE AND AGREE that defendant PRATAP "Bob"
21 KONDAMOORI be granted permission to travel outside the Northern District of California to China,
22 Malaysia, and Singapore from March 15, 2016, returning on or before March 25, 2016.

23 Dated: March 8, 2016                               /s/

24                                                   _____
25                                                   Garrick Lew
                                                     Attorney for Defendant Pratap "Bob" Kondamoori
   Dated: March 8, 2016
26
27                                                   /s/
                                                     _____
28                                                   Jonas Lerman
                                                     United States Attorney

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order                                                              2


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PRATAP "Bob" KONDAMOORI,<br><br>  Defendant. | Case No. 5:14-MJ-71358-MAG<br><br>TRAVEL ORDER |

Good cause appearing and pursuant to the parties stipulation:

IT IS HEREBY ORDERED that defendant PRATAP "Bob" KONDAMOORI be permitted to travel to Weifeng, China, Singapore, and Kuala Lumpur, Malaysia from March 15, 2016, through March 25, 2016. Pretrial Services is granted permission to release Defendant's passport into his possession. Defendant is ordered to return his passport to Pretrial Services within 3 days upon returning from Singapore.

IT IS FURTHER ORDERED Defendant shall provide government counsel and his Pretrial Services officer with copies of his travel schedule, airline reservations and prepaid return ticket, and hotel/residential locations in China, Malaysia, and Singapore along with active phone numbers where defendant can be reached.

DATED: March 10. 2016



Honorable Nathanael Cousins
United States Magistrate Judge

*United States v. Pratap "Bob" Kondamoori, No. 5:14-mj-71358-MAG*
Stipulation for Travel Order