**16   00189   LHK PSG**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

vs.

### SUNITHA GUNTIPALLY, VENKAT GUNTIPALLY, PRATAP "BOB" KONDAMOORI, and SANDHYA RAMIREDDI



FILED
MAY -5 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## INDICTMENT

*SEE ATTACHED SHEET

*A true bill.*

_____
*Foreperson*

*Filed in open court this* 5 *day of* May
*A.D. 201* 6

_____
*United States Magistrate Judge*

Bail. $ ___No process required___

ATTACHMENT TO INDICTMENT COVER

*United States v. Guntipally et al.*

| | |
|---|---|
| **Count 1:** | 18 U.S.C. § 371—Conspiracy to Commit Visa Fraud, Mail Fraud, False Statements, Obstruction of Justice, and Witness Tampering *(All Defendants)* |
| **Counts 2–3:** | 18 U.S.C. § 1546(a)—Visa Fraud; 18 U.S.C. § 2—Aiding and Abetting *(Sunitha Guntipally and Venkat Guntipally)* |
| **Counts 4–9:** | 18 U.S.C. § 1546(a)—Visa Fraud; 18 U.S.C. § 2—Aiding and Abetting *(Sunitha Guntipally, Venkat Guntipally, and Pratap "Bob" Kondamoori)* |
| **Counts 10–11:** | 18 U.S.C. § 1546(a)—Visa Fraud; 18 U.S.C. § 2—Aiding and Abetting *(All Defendants)* |
| **Counts 12–17:** | 18 U.S.C. § 1546(a)—Visa Fraud *(Pratap "Bob" Kondamoori)* |
| **Counts 18–24:** | 18 U.S.C. § 1001(a)(3)—Use of False Documents; 18 U.S.C. § 2—Aiding and Abetting *(All Defendants)* |
| **Counts 25–28:** | 18 U.S.C. § 1341—Mail Fraud; 18 U.S.C. § 2—Aiding and Abetting *(All Defendants)* |
| **Count 29:** | 18 U.S.C. § 1505—Obstruction of Justice *(Pratap "Bob" Kondamoori)* |
| **Counts 30–32:** | 18 U.S.C. § 1512(b)(3)—Witness Tampering *(Sunitha Guntipally)* |
| **Count 33:** | 18 U.S.C. § 1512(b)(3)—Witness Tampering *(Sunitha Guntipally and Sandhya Ramireddi)* |