AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 371 (Conspiracy to Commit Visa Fraud, False Statements, Mail Fraud, Obstr. of Justice, Wit. Tampering); 18 U.S.C. § 1546(a) (Visa Fraud); 18 U.S.C. § 1001(a)(3) (Use of False Docs.); 18 U.S.C. § 1505 (Obstr. of Justice); 18 U.S.C. § 1341 (Mail Fraud); 18 U.S.C. § 1512(b)(3) (Witness Tampering); 18 U.S.C. §§ 981(a)(1)(C) & 982(a)(6)(a)(ii) (Forfeiture)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
Sunitha Guntipally, Venkat Guntipally, Pratap "Bob" Kondamoori, Sandhya Ramireddi

**DISTRICT COURT NUMBER**
16    00189 LHK PSG

FILED
MAY -5 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DHS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
14-MJ-71358 MAG

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▸_____

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer  ☐ Yes   } If "Yes" give date
been filed?   ☐ No       filed _____

DATE OF ARREST ▸ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▸ Month/Day/Year
TO U.S. CUSTODY _____

Name and Office of Person Furnishing Information on this form: Brian J. Stretch
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Jonas Lerman

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:
_____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

PENALTY SHEET ATTACHMENT

*United States v. Guntipally et al.*

**18 U.S.C. § 371—Conspiracy to Commit Visa Fraud, False Statements, Mail Fraud, Obstruction of Justice, and Witness Tampering *(All Defendants)***
Maximum term of imprisonment: 5 years
Maximum fine: $250,000 or twice the gross gain or loss, whichever is greater
Maximum term of supervised release: 3 years
Forfeiture
Possible Deportation

**18 U.S.C. § 1546(a)—Visa Fraud *(All Defendants)***
Maximum term of imprisonment: 10 years
Maximum fine: $250,000 or twice the gross gain or loss, whichever is greater
Maximum term of supervised release: 3 years
Forfeiture
Possible Deportation

**18 U.S.C. § 1001(a)(3)—Use of False Documents *(All Defendants)***
Maximum term of imprisonment: 5 years
Maximum fine: $250,000 or twice the gross gain or loss, whichever is greater
Maximum term of supervised release: 3 years
Possible Deportation

**18 U.S.C. § 1341—Mail Fraud *(All Defendants)***
Maximum term of imprisonment: 20 years
Maximum fine: $250,000 or twice the gross gain or loss, whichever is greater
Maximum term of supervised release: 3 years
Forfeiture
Possible Deportation

**18 U.S.C. § 1505—Obstruction of Justice *(Pratap "Bob" Kondamoori)***
Maximum term of imprisonment: 5 years
Maximum fine: $250,000 or twice the gross gain or loss, whichever is greater
Maximum term of supervised release: 3 years
Possible Deportation

**18 U.S.C. § 1512(b)(3)—Witness Tampering *(Sunitha Guntipally and Sandhya Ramireddi)***
Maximum term of imprisonment: 20 years
Maximum fine: $250,000 or twice the gross gain or loss, whichever is greater
Maximum term of supervised release: 3 years
Possible Deportation