1  Josh A. Cohen (SBN 217853)
   CLARENCE DYER & COHEN LLP
2  899 Ellis Street
   San Francisco, CA 94109
3  Tel: (415) 749-1800
   Fax: (415) 749-1694
4  jcohen@clarencedyer.com

5  Attorneys for Defendant
   PRATAP KONDAMOORI
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,       | CASE NO. CR-16-0189 LHK
11 |         Plaintiff,              | **NOTICE OF APPEARANCE FOR
   |                                 | DEFENDANT PRATAP KONDAMOORI**
12 |     v.                          |
13 | SUNITHA GUNTIPALLY et al.,      |
14 |         Defendants.             |

1  TO THE HONORABLE COURT, THE CLERK OF THE COURT, AND TO ALL PARTIES
   AND THEIR ATTORNEYS OF RECORD:
2
          PLEASE TAKE NOTICE that Josh A. Cohen of the law firm Clarence Dyer & Cohen LLP
3
   hereby enters her appearance as counsel for Defendant Pratap Kondamoori.  Mr. Cohen is
4
   admitted to practice before the United States District Court for the Northern District of California.
5
   We respectfully request that any notices, orders and/or other information transmitted from the
6
   Court to the parties be sent to Mr. Cohen at the following address:
7
          Clarence Dyer & Cohen LLP
8         899 Ellis Street
          San Francisco, CA 94109
9         Telephone:    (415) 749-1800
          Facsimile:    (415) 749-1694
10        Email:        jcohen@clarencedyer.com

11 Dated: May 5, 2016                        Respectfully submitted,

12                                           CLARENCE DYER & COHEN LLP

13                                           By:  /s/ Josh A. Cohen
                                                  Josh A. Cohen
14                                                Attorneys for Defendant Pratap Kondamoori