1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408) 535-5054
7     FAX: (408) 535-5066
      timothy.lucey@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 16-00189 LHK |
|---|---|
| Plaintiff, | ) NOTICE OF APPEARANCE OF COUNSEL |
| v. | ) |
| GUNTIPALLY, et al., | ) |
| Defendant. | ) |

The United States Attorney's Office hereby files this notice of appearance of counsel to advise the court that Assistant United States Attorney Timothy J. Lucey will appear as counsel on behalf of the United States. Please have future ECF notices also sent to timothy.lucey@usdoj.gov.

Please remove Jonas B. Lerman from the list of attorneys to be noticed.

DATED: May 9, 2016                         Respectfully submitted,

                                            BRIAN J. STRETCH
                                            United States Attorney

                                            /s/
                                            TIMOTHY J. LUCEY
                                            Assistant United States Attorney