Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorney for Defendant
PRATAP "BOB" KONDAMOORI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRATAP "BOB" KONDAMOORI,<br><br>Defendant. | CASE NO. CR-16-0189 LHK (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING DEFENDANT PRATAP "BOB" KONDAMOORI'S CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL FROM JUNE 5 THROUGH JUNE 24, 2016** |

### STIPULATION

Defendant Pratap "Bob" Kondamoori has been on pretrial release since his initial appearance before the magistrate court in November 2014. His release is secured by a deed of trust encumbering his daughter's property in Incline Village, Nevada, where Mr. Kondamoori resides with his wife, his daughter, and his mother.

It is a condition of Mr. Kondamoori's pretrial release that Mr. Kondamoori not travel outside the United States without the permission of the Court. It is a further condition that Mr. Kondamoori lodge his passport with United States Pretrial Services.

Mr. Kondamoori is the acting CEO for Advanced Optronic Devices International, a role that requires him to consult with clients overseas. In addition, Mr. Kondamoori has pending civil litigation in India and has been summoned to appear in court in Bangalore. Accordingly, Mr.

1  Kondamoori seeks permission to travel to Hong Kong, China, Singapore, and India from June 5,
2  2016 through June 24, 2016 for business and court-related purposes.
3       Mr. Kondamoori has sought and obtained permission to travel internationally on at least
4  four occasions during his term of pretrial supervision.  Each of these trips has been completed
5  without incident.
6       The government does not object to the modification of Mr. Kondamoori's release
7  conditions to accommodate Mr. Kondamoori's proposed travel.  Pretrial Services likewise does
8  not object, provided that Mr. Kondamoori gives Pretrial Services all requested information
9  concerning his travel and lodging plans in advance of his departure.
10      Accordingly, the parties agree and stipulate that Mr. Kondamoori's conditions of release
11 should be modified to permit Mr. Kondamoori to travel to Hong Kong, China, Singapore, and
12 India from June 5, 2016 through June 24, 2016.
13      IT IS SO STIPULATED.

DATED: June 1, 2016            ___/s/_____
                               JOSH COHEN
                               Attorney for PRATAP KONDAMOORI

DATED: June 1, 2016            __/s/_____
                               TIMOTHY J. LUCEY
                               Assistant United States Attorney

## ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Pratap "Bob" Kondamoori's conditions of release shall be modified as follows: Mr. Kondamoori shall be permitted to travel from the Northern District of California to Hong Kong, China, Singapore, and India from June 5, 2016 through June 24, 2016.  Pretrial Services shall release Mr. Kondamoori's passport to Mr. Kondamoori to facilitate this travel.  Mr. Kondamoori shall return

1  the passport to Pretrial Services within 72 hours of his return to the United States, and in any event
2  by noon on June 27, 2016.
3      Before departure, Mr. Kondamoori shall provide government counsel and Pretrial Services
4  with copies of his travel itinerary, including prepaid return ticket and lodging information in each
5  location he plans to visit, as well as phone numbers where he can be reached at each location.
6      All other conditions of release shall remain in effect.
7      IT IS SO ORDERED.

9  DATED: __June 1, 2016__    _____
10                             NATHANAEL COUSINS
11                             UNITED STATES MAGISTRATE JUDGE

