Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000

Attorney for defendant Venkat Guntipally

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>VENKAT GUNTIPALLY and<br><br>SUNITHA GUNTIPALLY,<br><br>            Defendants. | No. CR 16-0189 LHK {HRL]<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER PERMITTING TRAVEL** |

The parties stipulate, and request that the court Order, the following:

1. Venkat and Sunitha Guntipally are husband and wife. Both are charged by complaint with violations of 18 U.S.C. Section 371 and 1546, conspiracy and fraud and misuse of visas, among other charges. Both have been released on conditions that collectively include the posting of cash, property and surety bonds.

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/2-9, 2016. - 1

2. The Guntipallys have two teenage children. The family is seeking permission to travel to the Tahoe area from July 2, 2016 to July 9, 2016 for a brief vacation. This will include travel through the Eastern District of California as well as the District of Nevada, specifically Reno, where the Guntipallys are hoping to stay with a relative. Pretrial services has been informed of the proposed travel and has no objection to the request. The family will be travelling by car.

3. For the above reasons, it is respectfully requested that the conditions of release be modified to permit travel to the to the Tahoe area from July 2, 2016 to July 9, 2016.

Respectfully submitted,

Dated: June 20, 2016      By:      _____/s/_____
                                    PETER A. LEEMING,
                                    Attorney for Venkat Guntipally


                                    _____/s/_____
                                    TIMOTHY LUCEY
                                    Assistant U.S. Attorney

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/2-9, 2016. - 2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 16-0189 LHK [HRL] |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) **PERMITTING TRAVEL** |
| VENKAT GUNTIPALLY and | ) |
| SUNITHA GUNTIPALLY, | ) |
| Defendants. | ) |

For the reasons stated in the attached stipulation, the release conditions of Sunitha and Venkat Guntipally are modified to permit travel through the Eastern District of California to the District of Nevada, specifically Reno, from July 2, 2016 to July 9, 2016.

The Defendants are directed to inform pretrial services of the details of any travel.

IT IS SO ORDERED.

DATED:_____                    _____

                                       Hon. Howard R. Lloyd
                                       United States Magistrate Judge

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/2-9, 2016. - 3