1  Peter A. Leeming SBN 119124
   Law Offices of Peter A. Leeming
2  108 Locust Street, Suite 7
   Santa Cruz, CA 95060
3
   Telephone (831) 425-8000
4
   Attorney for defendant Venkat Guntipally
5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

12

13  UNITED STATES OF AMERICA,        )   No. CR 16-0189 LHK {HRL]
                                     )
14              Plaintiff,           )   **CORRECTED STIPULATION AND**
                                     )   **[PROPOSED] ORDER**
15          vs.                      )   **PERMITTING TRAVEL**
                                     )
16  VENKAT GUNTIPALLY and            )
                                     )
17  SUNITHA GUNTIPALLY,              )
                                     )
18          Defendants.              )
                                     )
19                                   )
    _____ )
20

21       The parties stipulate, and request that the court Order, the following:

22       1.    Venkat and Sunitha Guntipally are husband and wife.  Both are charged

23  by complaint with violations of 18 U.S.C. Section 371 and 1546, conspiracy and

24  fraud and misuse of visas, among other charges.  Both have been released on

25  conditions that collectively include the posting of cash, property and surety bonds.


STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/2-9, 2016. - 1

1      2.     An earlier version of this stipulation and proposed Order was

2  submitted June 20, 2016.  The previous stipulation sought permission to travel to the

3  Tahoe area from July 2 to July 9, 2016 for a brief vacation.  However, counsel for

4  Mr. Guntipally has been informed that those dates present a scheduling conflict, and

5  the family is requesting that the trip occur one week later, from July 8, 2016 to July

6  14, 2016.  This will include travel through the Eastern District of California as well

7  as the District of Nevada, specifically Reno, where the Guntipallys are hoping to stay

8  with a relative.  Pretrial services has been informed of the proposed travel and has no

9  objection to the request.  The family will be travelling by car.

10      3.     For the above reasons, it is respectfully requested that the conditions of

11  release be modified to permit travel to the to the Tahoe area from July 8, 2016 to July

12  14, 2016.

13      Respectfully submitted,

14

15      Dated: June 28, 2016    By:    _____/s/_____

16       PETER A. LEEMING,
    Attorney for Venkat Guntipally

17

18

19      _____/s/_____
    TIMOTHY LUCEY

20      Assistant U.S. Attorney

21

22

23

24

25

1  UNITED STATES OF AMERICA,        )   No. CR 16-0189 LHK [HRL]
                                    )
2              Plaintiff,           )   **[PROPOSED] ORDER**
                                    )   **PERMITTING TRAVEL**
3         vs.                       )
                                    )
4  VENKAT GUNTIPALLY and            )
                                    )
5  SUNITHA GUNTIPALLY,              )
                                    )
6              Defendants.          )
                                    )
7                                   )
                                    )
8  _____)

9        For the reasons stated in the attached stipulation, the release conditions of

10  Sunitha and Venkat Guntipally are modified to permit travel through the Eastern

11  District of California to the District of Nevada, specifically Reno, from July 8, 2016

12  to July 14, 2016.

13        The Defendants are directed to inform pretrial services of the details of any

14  travel.

15

16  IT IS SO ORDERED.

17

18  DATED: _____            _____

19                                    Hon. Howard R. Lloyd
                                      United States Magistrate Judge
20

21

22

23

24

25

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/2-9, 2016. - 3