|   |   |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-0189 LHK [HRL] |
| Plaintiff, | [~~PROPOSED~~] ORDER PERMITTING TRAVEL |
| vs. | |
| VENKAT GUNTIPALLY and | |
| SUNITHA GUNTIPALLY, | |
| Defendants. | |

For the reasons stated in the attached stipulation, the release conditions of Sunitha and Venkat Guntipally are modified to permit travel through the Eastern District of California to the District of Nevada, specifically Reno, from July 8, 2016 to July 14, 2016.

The Defendants are directed to inform pretrial services of the details of any travel.

IT IS SO ORDERED.

DATED: 6/28/16

Hon. Howard R. Lloyd
United States Magistrate Judge

STIPULATION AND PROPOSED ORDER PERMITTING TRAVEL 7/2-9, 2016. - 3