UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

## UNITED STATES OF AMERICA v. SUNITHA GUNTIPALLY, ET AL.
5:16-CR-00189-LHK

**Court Proceedings:** Status Conference, Wednesday, June 29, 2016
**Location/Time in Court**: Courtroom 5, 10:12-10:15 a.m. (3 minutes)

**Courtroom Deputy:** Stacy Sakamoto
**Court Reporter:** Summer Fisher
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Tim Lucey for the United States of America
**Representing Defendants:**
Attorney Paul Meltzer for Sunitha Guntipally (1)
Attorney Peter Leeming for Venkat Guntipally (2)
Attorney Josh Cohen for Pratap "Bob" Konamoori (3)
Attorney Varell Fuller for Sandhya Ramireddi (4)

Defendants were present and out of custody. The parties provided the Court with a case update.

The Court **GRANTED** the Defendants' motion for a continuance. Per 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from June 29, 2016 through and including August 31, 2016. The reason for the finding was that failure to grant the continuance would deny the Defendants reasonable time for effective preparation, taking into account the exercise of due diligence, per 18 U.S.C. §3161(h)(7)(B)(iv).

The parties shall return on **Wednesday, August 31, 2016 at 9:45 a.m.** for a further status conference.

Court adjourned.