Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorney for Defendant
PRATAP "BOB" KONDAMOORI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRATAP "BOB" KONDAMOORI,<br><br>    Defendant. | CASE NO. CR-16-0189 LHK<br><br>**JOINT STIPULATION AND [PROPOSED]<br>ORDER CONTINUING AUGUST 31, 2016<br>STATUS CONFERENCE** |

**STIPULATION**

Defendants Sunitha Guntipally, Venkat Guntipally, Pratap Kondamoori, and Sandhya Ramireddi, by and through their respective counsel, and the United States, by and through Assistant United States Attorney Tim Lucey, hereby agree and stipulate as follows:

WHEREAS, on May 5, 2016, an indictment was returned charging the defendants with various counts relating to an alleged conspiracy to commit visa fraud;

WHEREAS, on June 29, 2016, the parties made their initial appearance before this Court;

WHEREAS, at the June 29, 2016 appearance, the Court continued the matter to August 31, 2016 for further status and excluded time under the Speedy Trial Act for effective preparation of counsel, based in part on counsels' need to review voluminous discovery and confer with the government about the prospect of pretrial resolution;

1  WHEREAS, defense counsel continue to review discovery and believe it would be
2  productive to meet and confer with the government before returning to this Court for further
3  status;

4  WHEREAS, government counsel has been and remains in a lengthy trial in another court;

5  WHEREAS, defense counsel for defendant Kondamoori will begin a three-week trial
6  before Judge Illston on September 6, 2016;

7  NOW, THEREFORE, the parties hereby AGREE and STIPULATE that the status
8  conference presently scheduled for August 31, 2016 should be continued to October 26, 2016, or
9  such other date as the Court may set.  The parties further AGREE and STIPULATE that the time
10 between August 31, 2016 and October 26, 2016 should be excluded under the Speedy Trial Act.
11 Given the need for defense counsel to complete their review of the discovery and meet and confer
12 with government counsel concerning motions and/or disposition, the parties agree that the failure
13 to grant a continuance would unreasonably deny the defendants the reasonable time necessary for
14 effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §
15 3161(h)(7)(B)(iv).

16 IT IS SO STIPULATED.

DATED: August 24, 2016               _____/s/_____
                                     PAUL MELTZER
                                     Attorney for Sunitha Guntipally

DATED: August 24, 2016               _____/s/_____
                                     PETER LEEMING
                                     Attorney for Venkat Guntipally

DATED: August 24, 2016               _____/s/_____
                                     JOSH COHEN
                                     Attorney for Pratap Kondamoori

DATED: August 24, 2016               _____/s/_____
                                     VARELL FULLER
                                     Attorney for Sandhya Ramireddi

DATED: August 24, 2016               _____/s/_____
                                     TIMOTHY J. LUCEY
                                     Assistant United States Attorney

**ORDER**

By stipulation of the parties, and for good cause shown, it is hereby ORDERED that the status conference presently scheduled for August 31, 2016 shall be continued to October 26, 2016 at 9:45 a.m.

It is further ORDERED that the time from August 31, 2016 through October 26, 2016 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Further, the Court finds that the failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

> October 26, 2016 at 9:45 a.m. will be a trial setting. Any request to continue the October 26, 2016 trial setting will be strongly disfavored.

DATED: 8/26/2016

                                                                                         *Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE